(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 APR 28  AM 9: 43

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**Plaintiff(s)**

Robert Henderson

**Case No.**

2  21CV2088

Judge Watson.

MAGISTRATE JUDGE DEAVERS

vs.

**Defendants(s)**

Pappas Trucking
Ag Containers

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

I. Are you employed?   Yes____   No ✓
   A. If you answered "Yes":
     (1) What is the name and address of your employer
     _____
     _____
     (2) How much do you earn per month? 1,920 A Month In Employment $180. per week
     $480.00

   B. If you answered "No"
     (1) Have you ever been employed?   Yes ✓   No____
     If yes, what was the last year and month you were employed? April 9th 2020
     How much did you earn a month? _____

II. What is your marital status?
   Single ✓   Married____   Widowed____   Divorced____
   A. If you answered "Married":
     (1) Is your spouse employed?   Yes____   No____
     If yes, how much does your spouse earn each month?
     $_____

III. Do you have any dependents?   Yes____   No ✓
   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|--------------|--------|
|      |              |        |
|      |              |        |
|      |              |        |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?   Yes____   No ✓
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
|        | $      |        | $      |
|        | $      |        | $      |
|        | $      |        | $      |

V. Do you have any cash on hand or money in a savings, checking, or other account?
   Yes __✓__    No ____

   A. If you answered "Yes", state the combined total amount:
      $ __400.00__ .

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
    Yes __✓__    No ____
    A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| Car | $ 4,600 | | $ |
| Car | $ 3,600 | | $ |
| | $ | | $ |
| | $ | | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Navy Federal Loan | $ 3,700 | Cable | $ 270.00 |
| Navy Federal | $ 16,00 | Cell phone | $ 80.00 |
| Rent | $ 4500 – 450 | | $ |
| Electric | $ 180 | | $ |

VIII. State your address and telephone number where the Court can reach you.
2472 Mason Village ct Columbus, Ohio 43232
moved in with a friend

I declare under penalty of perjury that the above information is true and correct.

__4-28-2021__        __Robert Henderson__
Date                 Signature of Applicant